PETER GESSNER, BEN B. THURSBY, JOHN H. GRAHAM, ELMER H. BLANK, and GEORGE C. BECK, as and constituting the Board of County Commissioners of the County of Volusia, a political subdivision of the State of Florida, v. DEL-AIR CORPORATION, formerly the Babcock Aircraft Corporation, a Florida corporation.

17 So. (2nd) 125                                    January Term, 1944
February 15, 1944                                            Division A

*Charles W. Luther,* for petitioners.

*Neill S. Jackson,* for respondent.

TERRELL, J.:

This is a certificate under Rule 38 of the Rules of this Court but on examination of the record, we think the question presented is not contemplated by that rule. The certificate is accordingly denied on authority of Schwob Clothing Company of Florida v. Florida Industrial Commission, 152 Fla. 203, 11 So. (2nd) 782.

It is so ordered.

BUFORD, C. J., CHAPMAN and ADAMS, JJ., concur.